**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL JORDAN,         ) | |
| ) | Civil Action No. 10-340 |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.            ) | |
| ) | |
| JEWEL FOOD STORES, INC.     ) | |
| ) | |
| Defendant.     ) | |
| ) | |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

1.      Please take note that Defendant Jewel Food Stores, Inc. ("Jewel"), by and through its undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1332, 1441 and 1446, that it this day removes this action from the Circuit Court of Cook County, Illinois to this Court. In support of removal, Jewel submits this notice and states as follows:

2.      This action is properly removable to this Court under 28 U.S.C. § 1441.  This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1332, because Plaintiff asserts federal claims under 15 U.S.C. § 1125, the Lanham Act, over which this court has original jurisdiction.  This Court has supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367.

3.      This action was originally filed in the Circuit Court of Cook County, Illinois, on December 21, 2009.  Plaintiff purported to serve Jewel with this complaint on the same day, December 21, 2009.  This Notice of Removal of Action is therefore filed within the 30-day period prescribed by 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing,*

*Inc.*, 526 U.S. 344 (1999).  In accordance with 28 U.S.C. § 1446(a), Jewel has attached hereto true and correct copies of all process, pleadings, and orders served upon it as of the date of this Notice of Removal of Action.  *See* Exhibit A.

4.      As required by 28 U.S.C. § 1446(d), Jewel will promptly file with the Circuit Court of Cook County, Illinois, and serve upon Plaintiff's counsel, a true and correct copy of this Notice of Removal of Action.

5.      Removal to this district and division is proper pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the Circuit Court of Cook County, Illinois, the forum in which the removed action was pending.

6.      Accordingly, this Court has federal question jurisdiction as Plaintiff alleges two claims under 15 U.S.C. § 1125, the Lanham Act, and this Court has supplemental jurisdiction of the state law claims pursuant to 28 U.S.C. § 1367.

For all of these reasons, Jewel respectfully removes this action to this Court from the Circuit Court of Cook County, Illinois.

Respectfully Submitted,

Date: January 19, 2010

s/Anthony R. Zeuli_____
Anthony R. Zeuli (IL #6231415)
Scott W. Johnston (MN #247558)
Gregory C. Golla (MN #267892)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax:  612.332.9081

David E. Morrison
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 19, 2010, he caused

a true and correct copy of the foregoing **Defendant's Notice of Removal** to be served by

U.S. Mail delivery upon:


Frederick J. Sperling
Sondra A. Hemeryck
Clay A. Tillack
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500


s/Anthony R. Zeuli
Anthony R. Zeuli