**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 10-cv-00340 |
| JEWEL FOOD STORES, INC., and ) | |
| SUPERVALU INC., ) | Judge Gary Feinerman |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | Magistrate Judge Michael T. Mason |
| ) | |
| v. ) | |
| ) | |
| TIME INC. and VERTIS, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

## MICHAEL JORDAN'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Michael Jordan, by his attorneys, moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for partial summary judgment on the issues of commercial use and use in commerce. In support of this motion, Jordan states as follows:

1. In his Amended Complaint, Jordan alleges that defendants Jewel Food Stores, Inc. and Supervalu Inc. unlawfully used Jordan's identity in an unauthorized nationally-distributed advertisement that Defendants placed in the *Sports Illustrated Presents* magazine commemorating Jordan's 2009 induction into the Basketball Hall of Fame.

2. Specifically, Jordan alleges that Defendants are liable for violation of the Illinois Right of Publicity Act (Count I), false endorsement and false designation of origin under Section 43(a) of the Lanham Act (Counts II and III), violation of the Illinois Consumer Fraud and Deceptive Practices Act (Count IV) and unfair competition (Count V). These violations are all based on Defendants' unauthorized commercial use of Jordan's identity.

-2-

3. Defendants' advertisement in *Sports Illustrated Presents*, which tied Michael Jordan to the defendants' goods and services through the use of Defendants' principal marketing slogan and logo, was an unauthorized commercial use of Jordan's identity. By describing Jordan as being "just around the corner," Defendants linked Jordan to their principal advertising slogan and trademark GOOD THINGS ARE JUST AROUND THE CORNER as well as their stylized and registered trademark JEWEL-OSCO to promote their own goods and services.

4. Because Defendants' use of Jordan's identity constituted commercial use, the First Amendment provides them no immunity from liability arising from Jordan's claims arising under the Illinois Right of Publicity Act, the Lanham Act, the Illinois Consumer Fraud and Deceptive Practices Act and Illinois common law for unfair competition.

5. As discussed more fully in the memorandum of law that accompanies this motion, because the undisputed facts demonstrate that Defendants' use of Jordan's identity was a commercial use, the Court should grant Jordan partial summary judgment on this issue pursuant to Rule 56 of the Federal Rules of Civil Procedure.

WHEREFORE, for the foregoing reasons, plaintiff Michael Jordan respectfully requests that this Court grant Jordan partial summary judgment on the issue of commercial use on all counts, including the related issue of use in commerce under the Lanham Act.

-3-

Dated:  January 24, 2011

/s/ Frederick J. Sperling
Frederick J. Sperling
Sondra A. Hemeryck
Clay A. Tillack

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois  60606
(312) 258-5500

Attorneys for Plaintiff
Michael Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing Michael Jordan's Motion for Partial Summary Judgment with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record. Copies of same will also be served upon counsel listed below, as indicated:

**(Via Overnight Mail)**
Anthony Richard Zeuli
Merchant & Gould P.C.
3200 IDS Center
80 South Elgin Street, S-3200
Minneapolis, Minnesota 55402
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via U.S. Mail)**
David E. Morrison
Oscar L. Alcantara
Goldberg, Kohn, Bell, Black, Rosenbloom
 & Moritz, Ltd.
Mid-Continental Plaza
55 East Monroe Street, #3300
Chicago, Illinois 60603
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via U.S. Mail)**
Mark E. Enright
Thadford A. Felton
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-3913
*Attorneys for Time Inc.*

**(Via Overnight Mail)**
Elisa L. Miller
Elizabeth A. McNamara
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, New York 10019
*Attorneys for Time Inc.*

**(Via U.S. Mail)**
Sherry Lee Rollo
Steven Eric Feldman
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
*Attorneys for Vertis, Inc.*

**(Via Overnight Mail)**
William E. Corum
Patrick D. Kuehl, Jr.
Husch Blackwell Sanders, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
*Attorneys for Vertis, Inc.*

/s/ Clay A. Tillack