IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 10-cv-00340 |
| JEWEL FOOD STORES, INC., and ) | |
| SUPERVALU INC., ) | Judge Gary Feinerman |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | Magistrate Judge Michael T. Mason |
| ) | |
| v. ) | |
| ) | |
| TIME INC. and VERTIS, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Plaintiff Michael Jordan, by his attorneys, pursuant to Local Rule 56.1(a)(3) and (b)(3) of this Court, submits the following statement of undisputed facts in support of his motion for partial summary judgment and in opposition to Defendants' motion for summary judgment.

## UNDISPUTED FACTS

1. Plaintiff Michael Jordan is a well known former professional basketball player. (Defendants' Answer to Amended Complaint, ¶ 1, Doc. 58.)

2. Defendant Jewel Food Stores, Inc. is an Ohio corporation with its principal place of business in Itasca, Illinois, and conducts business in Cook County, Illinois. (*Id.*, ¶ 2.)

3. Defendant Supervalu Inc. is a Delaware corporation with its principal place of business in Eden Prairie, Minnesota. As of February 28, 2009, Supervalu operated 2,421 stores in the United States, including its Jewel-Osco stores in Illinois. (*Id.* ¶ 3.)

4. This case was originally filed in the Circuit Court of Cook County, Illinois, and was removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. Federal jurisdiction is based on 28 U.S.C. §§ 1331 and 1332. The Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The parties have agreed that venue is proper in this district. (Defendants' Statement of Facts 43, Doc. 75.)

5. The centerpiece of Supervalu's advertising campaign is Supervalu's new slogan GOOD THINGS ARE JUST AROUND THE CORNER, which Supervalu refers to as its [REDACTED] (Supervalu Inc. GOOD THINGS ARE JUST AROUND THE CORNER Style Guide, SOF Ex. A at 2; Deposition Transcript of Thomas Hedrick, Defendants' Rule 30 (b)(6) witness, SOF Ex. B at 113:10 – 115:13.)

6. In 2008, Supervalu, the owner of grocery store chains across the country, including Jewel-Osco, embarked on a major new nationwide marketing campaign, which is still in place today. (Supervalu Inc. Press Release, Exhibit A to Plaintiff's First Request For Admission to Supervalu Inc., SOF Ex. C; Supervalu Inc.'s Responses to Michael Jordan's First Request for Admission, SOF Ex. D.)

7. Supervalu announced to the public that the "new retail branding campaign more visibly communicates the company's promise of national strength and local relevance to consumers." (SOF Ex. C.)

8. The GOOD THINGS ARE JUST AROUND THE CORNER campaign was announced in a press release. (*Id*.)

9. Supervalu's then Chairman and CEO, Jeff Noddle, heralded "Just Around the Corner" as "reinforc[ing] brand identity" in a November 2008 speech at the Morgan Stanley Global Consumer & Retail Conference in New York City. (PowerPoint presentation dated

November 18, 2008, by Jeff Noddle, available at "presentations and webcasts" at www.supervaluinvestors.com., SOF Ex. E at 17.)

10. In its press release, Supervalu announced that Supervalu "has begun incorporating 'Good Things Are Just Around The Corner' into consumer messaging including circulars, national ads, direct mail and some store websites. Late this year, the new brand messaging will also be incorporated into local radio and television ads, billboard in select markets, and new in-store signage." (SOF Ex. C.)

11. The GOOD THINGS ARE JUST AROUND THE CORNER slogan is so important to Supervalu that Supervalu created a 48-page manual to explain the purpose of the slogan and to provide instructions on when and how it should be used. According to Supervalu,



-REDACTED-

\*   \*   \*

-REDACTED-

\*   \*   \*

-REDACTED-

\*   \*   \*

-REDACTED-

\* \* \*

-REDACTED-

(SOF Ex. B (Hedrick) at 113:10 – 115:13.)

12. -REDACTED-

13. -REDACTED-

14. Nearly a year after launching its GOOD THINGS ARE JUST AROUND THE CORNER advertising campaign, Supervalu and its Illinois grocery store banner Jewel-Osco were given the opportunity to place a full page advertisement in the *Sports Illustrated Presents* issue featuring Michael Jordan to commemorate his induction into the basketball Hall of Fame. (E-mails dated September 22, 28 and 30, 2009, SOF Ex. F; Deposition Transcript of Marjorie Kramer, Defendants' Rule 30(b)(6) witness, SOF Ex. G at 121:17 - 122:12.)

15. Time Warner, the publisher of *Sports Illustrated Presents*, offered Defendants the advertisement for no charge in exchange for a series of commitments, including Defendants' promise that they would stock and sell the magazines that were to contain their advertisement in special displays to be located at the front of each store. (SOF Ex. F; SOF Ex. G (Kramer) at 57:14 – 58:17.)

16. A similar opportunity was provided to Safeway and its local banner Dominick's, which competes with Jewel in the Chicago market. (Jewel Food Stores, Inc. Responses to Michael Jordan's Second Request for Admissions, SOF Ex. H; Deposition Transcript of Kristin Zierau, Safeway and Dominick's Rule 30 (b)(6) witness, SOF Ex. I at 174:8 – 176:15; E-mails dated September 15, 2009, SOF Ex. Y)

17. The offer to run a full page ad in *Sports Illustrated Presents* was not the first time Defendants had been presented with this kind of advertising opportunity. A year earlier in 2008, at the outset of the GOOD THINGS ARE JUST AROUND THE CORNER advertising campaign, Supervalu and its Philadelphia store banner Acme were offered and accepted the opportunity to run a full page advertisement in connection with the *Sports Illustrated Presents* issue commemorating the Philadelphia Phillies' World Series Championship. (2008 *Sports Illustrated Presents*, including Acme advertisement, SOF Ex. J; E-mail dated October 14, 2008, SOF Ex. K; Memorandum from Rochelle Beard, Acme GM Sales Merchandising Manager to Acme store directors and managers, SOF Ex. L; SOF Ex. B (Hedrick) at 92:22 – 95:10, 97:6 -18, 180:22 – 181:23.)

18. Supervalu and Acme created and ran the advertisement that congratulated the Phillies by using Supervalu's and Acme's new slogan and branding message, with a customized "expression" for the event, EVERYDAY CELEBRATIONS ARE JUST AROUND THE

CORNER. (SOF Exs. J; K, L; SOF Ex. B (Hedrick) at 92:22 – 95:10, 97:6 -18, 180:22 – 181:23.) Supervalu and its banner Shaw's ran a similar ad in Sports Illustrated Presents in 2007 in connection with the Red Sox World Series victory. (2007 *Sports Illustrated Presents*, including Shaw's advertisement, SOF Ex. M.)

19. Defendants concede the 2008 Sports Illustrated *Presents* ad was in fact an advertisement. (SOF Ex. G (Kramer) at 160:3 – 12, 163:7 - 165:15.)

20. Defendants, when informed that they would have the opportunity to run another advertisement in *Sports Illustrated Presents* in 2009, this time in connection with Michael Jordan, leapt at what Jewel's merchandising manager called a "great offer." (E-mails dated September 22, 28, and 30, and October 1, 2009, SOF Ex. N; SOF Ex. G (Kramer) at 63:24 – 64:13.)

21. Robin Zimmerman, Jewel's copywriter based in Itasca, Illinois, was assigned responsibility for the ad. (SOF Ex. N; Deposition Transcript of Robin Zimmerman, Defendants' Rule 30 (b)(6) witness, SOF Ex. O at 48:6 – 49:20.)

22. Zimmerman's superiors at the Supervalu corporate offices provided her with a copy of the 2008 Acme ad, but Zimmerman questioned whether she had to use a version of the GOOD THINGS ARE JUST AROUND THE CORNER slogan as the Acme ad had done because she thought using the slogan was "too selly" and that "it was just hitting too over the head." (SOF Ex.N; SOF Ex. O (Zimmerman) at 73:2 – 75:17; SOF Ex. G (Kramer) at 67:8 – 22.)

23. Zimmerman nevertheless complied with Supervalu's policy by replacing the "expression" EVERYDAY CELEBRATIONS that was used in the 2008 ad and featuring instead

-6-

the original and registered branding slogan GOOD THINGS ARE JUST AROUND THE CORNER.  (SOF Ex. O (Zimmerman) at 82:10 – 85:9.)

24. In the advertisement, Zimmerman featured Defendants' branding slogan GOOD THINGS ARE JUST AROUND THE CORNER, while at the same time linking Jordan to Jewel-Osco by referring to Jordan as "a fellow Chicagoan who was 'just around the corner' for so many years."  (Defendants' Jewel-Osco advertisement in *2009 Sports Illustrated Presents*, SOF Ex. P.)

25. Marge Kramer, the person who ultimately approved the advertisement for Defendants, explained that "It isn't a coincidence.  It's a play on words."  (SOF Ex. G (Kramer) at 185:2 – 186:24.)

26. The Defendants' advertisement also included prominent placement of the stylized JEWEL-OSCO in the middle of the page, immediately below the description of Jordan and immediately above the brand message GOOD THINGS ARE JUST AROUND THE CORNER.  (SOF Ex. P.)

27. Defendants describe their JEWEL-OSCO logo -REDACTED- (Jewel-Osco Brand Identity Guidelines, SOF Ex. Q; SOF Ex. B (Hedrick) at 117:14 – 118:23.)

28. Although Defendants now insist the ad was just a "tribute" to Michael Jordan and nothing more (and even objected in depositions when the word "advertisement" was used in questions), everyone who was involved with the ad during its creation in 2009 referred to it as an "ad" or "advertisement."  (SOF Exs. F, K, N.)

29. As Robin Zimmerman explained, "This was Sports Illustrated. This was like, okay, this is a chance to really just look good, you know have a nice ad for ourselves and to promote Michael, you know, showcase Michael Jordan." (SOF Ex. O (Zimmerman) at 55:2 – 57:2.)

30. Defendants not only positioned GOOD THINGS ARE JUST AROUND THE CORNER as their principal advertising slogan, but they also applied for and received federal recognition for the slogan as a United States registered trademark. (Defendants' USPTO Application To Register GOOD THINGS ARE JUST AROUND THE CORNER, available at www.USPTO.gov, SOF Ex. R.)

31. The slogan GOOD THINGS ARE JUST AROUND THE CORNER was registered as a trademark by the United States Patent and Trademark Office ("USPTO") on February 10, 2009, in connection with the broad category of "retail grocery store services." (GOOD THINGS ARE JUST AROUND THE CORNER Trademark Registration Certificate, available at www.USPTO.gov, SOF Ex. S.)

32. To obtain registration, Supervalu submitted an affidavit attesting that the slogan was "in commerce at least as early as 09/15/2008, and is now in use in such commerce." (SOF Ex. R.)

33. To satisfy its burden of proving its use of the slogan in commerce, Supervalu provided the USPTO with an example or "specimen" which showed "the mark as used in commerce on or in connection with any item in the class [retail store services] consisting of . . . Supervalu's website home page." (Defendants' Affidavit of Use, available at www.USPTO.gov, SOF Ex. T.)

34. The specimen of use provided by Supervalu and accepted by the USPTO did not show prices and did not show products. (*Id.*)

35. When Defendants used the slogan in the *Sports Illustrated Presents* ad, they attached the trademark symbol ™ next to it. (SOF Ex. P.)

36. As Defendants have acknowledged, "Jewel uses the slogan 'GOOD THINGS ARE JUST AROUND THE CORNER' as a trademark . . . ." (Def. Mem. at 13.)

37. Defendants' manual for use of its mark stresses that "The trademark designation ™ represents notice to the world of SUPERVALU's rights in the words GOOD THINGS ARE JUST AROUND THE CORNER." (SOF Ex. A at 6.)

38. The trademark JEWEL-OSCO is likewise a registered trademark of Defendants and is registered in connection with "retail supermarket and drug store services featuring food, drugs, household goods, automotive goods, and like general merchandise." (JEWEL-OSCO Trademark Registration Certificate, available at www.USPTO.gov, SOF Ex. U.)

39. There is no corporate entity with the name Jewel-Osco or Jewel Osco. (SOF Ex. D.)

40. The stores or banner known by the registered trademark JEWEL-OSCO are owned by Defendant Jewel Food Stores, Inc., whose corporate parent is Supervalu Inc. (Defendants' Answer to Plaintiff's Amended Complaint, ¶¶ 2, 3, Doc. 58.)

41. Defendants' corporate names do not appear anywhere in the advertisement. (SOF Ex. P.)

42. The *Sports Illustrated Presents* that included Defendants' ad was distributed through and sold in Jewel-Osco and Dominick's stores in Illinois as well as Dominick's stores in

Washington, Idaho and Montana. (Jewel Sales Chart, SOF. Ex. V; Dominick's Sales Chart, SOF Ex. W; SOF Ex. B, (Hedrick) at 119:14 – 20; SOF Ex. I (Zierau) at 270:19 – 272:2.)

43. The Onanian tribute was authorized by Jordan's representatives. (E-mails dated August 14, 2009, SOF Ex. X.)

44. Vertis was Defendants' on-site advertising production vendor. The Vertis employee assigned to create the graphic design of the ad also obtained a stock image of a basketball player for another version of the ad. (SOF Ex. G (Kramer) at 96:11 – 97:5, 289:9 - 22.)

Dated: January 24, 2011                                    Respectfully submitted,

/s/ Frederick J. Sperling
Frederick J. Sperling
Sondra A. Hemeryck
Clay A. Tillack

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500

Attorneys for Plaintiff
Michael Jordan

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the foregoing Plaintiff's Statement of Undisputed Facts with the Clerk of the Court using the CM/ECF system, which will cause an electronic copy (redacted) to be served on counsel of record. Unredacted copies of same will also be served upon counsel listed below, as indicated:

**(Via Overnight Mail)**
Anthony Richard Zeuli
Merchant & Gould P.C.
3200 IDS Center
80 South Elgin Street, S-3200
Minneapolis, Minnesota 55402
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via U.S. Mail)**
David E. Morrison
Oscar L. Alcantara
Goldberg, Kohn, Bell, Black, Rosenbloom
  & Moritz, Ltd.
Mid-Continental Plaza
55 East Monroe Street, #3300
Chicago, Illinois 60603
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via U.S. Mail)**
Mark E. Enright
Thadford A. Felton
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-3913
*Attorneys for Time Inc.*

**(Via Overnight Mail)**
Elisa L. Miller
Elizabeth A. McNamara
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, New York 10019
*Attorneys for Time Inc.*

**(Via U.S. Mail)**
Sherry Lee Rollo
Steven Eric Feldman
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
*Attorneys for Vertis, Inc.*

**(Via Overnight Mail)**
William E. Corum
Patrick D. Kuehl, Jr.
Husch Blackwell Sanders, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
*Attorneys for Vertis, Inc.*

/s/ Clay A. Tillack