# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 10-cv-00340 |
| JEWEL FOOD STORES, INC., and ) | |
| SUPERVALU INC., ) | Judge Gary Feinerman |
| ) | |
| Defendants/Third-Party Plaintiffs, ) | Magistrate Judge Michael T. Mason |
| ) | |
| v. ) | |
| ) | |
| TIME INC. and VERTIS, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |

### MICHAEL JORDAN'S
### FIRST SET OF REQUESTS FOR ADMISSION TO
### DEFENDANT SUPERVALU INC.

Pursuant to Federal Rule of Civil Procedure 36, plaintiff Michael Jordan ("Jordan"), by his attorneys, requests that defendant Supervalu, Inc. ("Supervalu") respond to the following requests for admission within 30 days of this request.

### REQUESTS FOR ADMISSION

1. Admit that there is no corporate entity named Jewel Osco.

2. Admit that there is no corporate entity named Jewel-Osco.

3. Admit that the document attached as Exhibit A is a true and correct copy of a press release issued by defendant SUPERVALU Inc.

-2-

Dated: November 2, 2010

*[signature]*
Frederick J. Sperling
Sondra A. Hemeryck
Clay A. Tillack

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500

Attorneys for Plaintiff
Michael Jordan

-2-

 

SUPERVALU INC.® (NYSE: SVU), one of the largest companies in the U.S. grocery channel whose nationwide family of stores includes ACME®, ALBERTSONS®, **bigg's®**, CUB FOODS®, FARM FRESH®, HORNBACHER'S®, JEWEL-OSCO®, LUCKY®, SHAW'S®, SHOP 'N SAVE® and SHOPPERS FOOD & PHARMACY®, has introduced a new retail branding campaign that more visibly communicates the company's promise of national strength and local relevance to consumers. Known as **"Good things are just around the corner™,"** this campaign unites the company's retail stores under a common theme, while also emphasizing the unique things that make each store relevant to their respective markets.

**"Good things"** are examples of products, benefits and brands that will excite consumers and are customized and delivered by each retailer based on a deep local knowledge. **"Just around the corner"** highlights each store's familiarity with the local communities it serves, as well as the accessibility of its products and services, reminding consumers that they have a neighborhood store that strives to understand and provide what they want and need.

SUPERVALU has begun incorporating **"Good things are just around the corner"** into consumer messaging including circulars, national ads, direct mail and some store websites. Later this year, the new brand messaging will also be incorporated into local radio and television ads, billboards in select markets, and new in-store signage.



## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2010, I served the foregoing Michael Jordan's First Set of Requests for Admission to Defendant Supervalu, Inc. upon the attorneys listed below, via messenger delivery, as indicated:

**(Via Overnight Mail)**
Anthony Richard Zeuli
Merchant & Gould P.C.
3200 IDS Center
80 South Elgin Street, S-3200
Minneapolis, Minnesota 55402
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via Messenger Delivery)**
David E. Morrison
Oscar L. Alcantara
Goldberg, Kohn, Bell, Black, Rosenbloom
  & Moritz, Ltd.
Mid-Continental Plaza
55 East Monroe Street, #3300
Chicago, Illinois 60603
*Attorneys for Jewel Food Stores, Inc. and Supervalu Inc.*

**(Via Messenger Delivery)**
Mark E. Enright
Thadford A. Felton
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606-3913
*Attorneys for Time Inc.*

**(Via Overnight Mail)**
Elisa L. Miller
Elizabeth A. McNamara
Davis Wright Tremaine LLP
1633 Broadway, 27th Floor
New York, New York 10019
*Attorneys for Time Inc.*

**(Via Messenger Delivery)**
Sherry Lee Rollo
Steven Eric Feldman
Husch Blackwell Sanders Welsh & Katz
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
*Attorneys for Vertis, Inc.*

**(Via Overnight Mail)**
William E. Corum
Patrick D. Kuehl, Jr.
Husch Blackwell Sanders, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
*Attorneys for Vertis, Inc.*

_____
Clay A. Tillack