# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JORDAN, | ) ) ) | Civil Action No. 10-340 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge Gary Feinerman |
| JEWEL FOOD STORES, INC., and | ) ) | Magistrate Judge Michael T. Mason |
| SUPERVALU INC. | ) ) | |
| Third-Party Plaintiffs/Defendants, | ) ) | |
| v. | ) ) | |
| TIME INC. and VERTIS, INC. | ) ) ) | |
| Third-Party Defendants | ) ) ) | |

### SUPERVALU INC.'S RESPONSES TO MICHAEL JORDAN'S FIRST REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:**

Admit that there is no corporate entity named Jewel Osco.

**RESPONSE:**

Admit in part and deny in part. SUPERVALU admits that Jewel Osco, Inc. was dissolved in 2003.

**REQUEST NO. 2:**

Admit that there is no corporate entity named Jewel-Osco.

**RESPONSE:**

Admit in part and deny in part. SUPERVALU admits that Jewel-Osco was never the legal name of a corporate entity affiliated with SUPERVALU. However, Jewel-Osco is the name by which Jewel Food Stores, Inc. does business.

**REQUEST NO. 3:**

Admit that the document attached as Exhibit A is a true and correct copy of a press release issued by defendant SUPERVALU Inc.

**RESPONSE:**

Admit.

Date: November 19, 2010

s/Anthony R. Zeuli
Anthony R. Zeuli (IL #6231415, MN #274884)
Scott W. Johnston (MN #247558)
Gregory C. Golla (MN #267892
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

David E. Morrison
Oscar L. Alcantara
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

*Attorneys for Jewel Food Stores, Inc. and SUPERVALU INC.*