# EXHIBIT E



MJJ 008242

# Safe Harbor Statement

**CAUTIONARY STATEMENTS RELEVANT TO FORWARD-LOOKING INFORMATION FOR THE PURPOSE OF "SAFE HARBOR" PROVISIONS OF THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995**

Except for the historical and factual information contained herein, the matters set forth in this news release, particularly those pertaining to SUPERVALU's expectations or future operating results, statements as to the progress and expected benefits of the combination of the operations of Albertson's, Inc. that were acquired in June 2006 with those of SUPERVALU, such as efficiencies, cost savings, synergies, market profile and financial strength, and the competitive ability and position of the combined company, and other statements identified by words such as "estimates," "expects," "projects," "plans," and similar expressions are forward-looking statements within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially, including the impact of economic and industry conditions, competition, security and food and drug safety issues, the integration of Albertsons operations, store expansion and remodeling, liquidity, labor relations issues, escalating costs of providing employee benefits, regulatory matters, self insurance, legal and administrative proceedings, information technology, security, severe weather, natural disasters and adverse climate changes continued provision of transition support services and accounting matters and other risk factors relating to our business or industry as detailed from time to time in SUPERVALU's reports filed with the SEC. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this news release. Unless legally required, SUPERVALU undertakes no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise. 2009 guidance was provided on October 14, 2008. This presentation does not constitute an update or reiteration of guidance.

> SUPERVALU. PAGE 2

MJJ 008243



PAGE 3

MJJ 008244

# Transformational Journey Action Plan

→ Strategic Growth Initiatives ——————→ Q4 FY10

June 2006: Acquisition




| In-store execution | Investing in our stores | Innovative Merchandising | Marketing | Earnings Growth | Debt Reduction |

$400 MM per year

- Raising the bar on shopper experience
- Investing in our fleet
- Improving Own Brand penetration
- Maximizing national scale, retaining local relevancy
- Using research and analytics to focus customer-centric marketing
- Earnings growth with debt reduction

SUPERVALU

PAGE 4

MJJ 008245

# Premier Retail
## Traditional Properties






PAGE 5

MJJ 008246

## Well Positioned: Price Impact Banners






PAGE 6

SUPERVALU.

MJJ 008247



## In-Store Execution

- Focusing associates on delivering superior shopping experience
- Consumer experience tracking providing actionable items resulting in improving Overall Customer Satisfaction scores

**Speed of Checkout**

**Overall Cleanliness**

**Friendliness**

*SUPERVALU.* PAGE 7

MJJ 008248

# In-Store Experience

- Challenged consumer looking for value
- Store experience remains important
- Quality, service and selection are key elements of in-store experience



PAGE 8

MJJ 008249



MJJ 008250

# New Urban Format and LEED Projects

- Format adaptation
  - Urban Fresh by JEWEL
    - Smaller size, focus on ready-to-eat, quick preparation foods
- Leadership in Energy and Environmental Design (LEED)
  - Stores designed to meet international benchmark in sustainability
  - LEED stores in urban locations
    - JEWEL-OSCO, Kinzie and Des Plaines, Chicago (new)
    - CUB, St. Paul, Minn. (new)
    - STAR MARKET, Chestnut Hill, Mass. (remodel)

**SUPERVALU.** PAGE 10



MJJ 008251

# Own Brands

- Exceeding original expectations
- Significant upside:
  - Innovative brand development
  - Building customer loyalty
  - Value oriented customer focus
  - Gross margin contribution

**SUPERVALU.** PAGE 11











MJJ 008252

# Creating Own Brands Success



PAGE 12

SUPERVALU.

## Wild Harvest

- Natural and organic products
- 200+ SKUs since April
- Sales are tracking to goal
- Continued line extension marketing programs
- *www.wildharvestorganic.com*

## Culinary Circle

- Premium brand spanning multiple categories, including quick-preparation entrees
- 130 SKUs since September
- Strong sales trends
- *www.culinarycircle.com*

MJJ 008253

# Innovative Merchandising



- Delivering national promotions at increased frequency

- 70% complete in transition to centrally led merchandising organization

- Implementing systems to increase functionality

- Fully staffed in FY09; Infrastructure synergies by end of Q4 FY10

**SUPERVALU** PAGE 13

## Customer-Centric Marketing

- Building a world-class marketing function
  - Analytics: the foundation of customer-driven decision making
  - Segmentation: understanding the needs and clues of our customers; building alignment between operations and merchandising
  - Customer-driven marketing: addresses our shoppers as individuals

Creating an experience that is relevant and delights our shoppers.

**SUPERVALU.** PAGE 14

MJJ 008255

# Using Consumer Clusters



### Premium Explorers

**Dinner Routine:** Exciting and different. **Shopping Style:** Want an experience but often need to get in and out quickly. **Food Attitude:** Food is interesting.

### Time Starved Families

**Dinner Routine:** Fast and family-friendly. **Shopping Style:** One-stop shopping and grab 'n go options. **Food Attitude:** Food is a way to nurture my family.



### Value Driven Households

**Dinner Routine:** Traditional home-cooking with limited repertoire. **Shopping Style:** Willing to shop around to get the best deal. **Food Attitude:** Food is a necessity.

**SUPERVALU.** PAGE 15

MJJ 008256

## Personalized Direct Mail

Each household sent a unique combination of 14 product and 4 trip-driving offers based on individual previous spend and purchase behavior

Designed to expand brand/category consumption, recapture lost category buyers

23 million product offers distributed in each of 2 mailings in targeted markets: ACME, JEWEL-OSCO, ALBERTSONS



## National Branding

- Just Around the Corner
  - Reinforces local relevancy, convenience
  - Customizable messaging
  - Reinforces brand identity
  - Broadcast, radio, print, in-store





MJJ 008259

## Q2 Fiscal 2009 Performance

| $'s in millions, except EPS | Q2 FY09 | Q2 FY08 | YTD FY09 | YTD FY08 |
|---|---|---|---|---|
| Sales | $10,226 | $10,159 | $23,573 | $23,450 |
| Operating Earnings: | | | | |
| Retail | $284 | $385 | $683 | $834 |
| Supply Chain | $77 | $63 | $163 | $130 |
| Reported Diluted EPS | $0.60 | $0.69 | $1.36 | $1.37 |

SUPERVALU. PAGE 19

MJJ 008260

## Earnings Growth

| $'s in millions, except EPS | FY 2007 | FY 2008 | FY 09 Guidance |
|---|---|---|---|
| Sales | $37,406 | $44,048 | ~$45,000 |
| ID Sales | +0.4%** | +0.5% | Flat to -0.5% |
| GAAP Diluted EPS | $2.32 | $2.76 | $2.86 to $2.96 |
| One-time acquisition-related costs | $0.20 | $0.21 | $0.04 |
| Adjusted Diluted EPS* | $2.64 | $2.97 | $2.90 to $3.00 |

*Fiscal 2008 and fiscal 2007 results exclude non-comparable items of $0.32 per share and $0.21 per share, respectively.

**Identical sore retail sales growth on a combined basis, as if the Acquired Operations stores were in the store base for four full quarters.

**SUPERVALU.** PAGE 20

## Short-Term Look at Maturities

- $400 million in targeted debt reduction annually
- Ample capacity under current credit facility
  - $200 million in bonds with May 2009 PUT
  - $700 million of debt maturities in August 2009
- Well within covenants
  - Interest coverage ratio
  - Leverage ratio

SUPERVALU. PAGE 21

MJJ 008262

# Key Ratio Analysis

| Quarter Ending Ratio Requirements | Interest Coverage Ratio Minimum** | Leverage Ratio Maximum*** |
|---|---|---|
| 12/31/07-12/30/08 | 2.20 | 4.25 |
| 12/31/08-12/30/09 | 2.25 | 4.00 |
| 12/31/09 and thereafter | 2.30 | 3.75 |

**Interest coverage Ratio=EBITDAR/(Interest + Rent Expense)*

***Leverage Ratio=Total Debt/EBITDA*

| $'s in billions | Trailing 4 Quarters |
|---|---|
| EBIT (excludes one-time and extraordinary charges) | $1.7 |
| Depreciation & Amortization | $1.0 |
| Net Rent Expense | $0.3 |
| Interest Expense | $0.7 |
| Total Debt at 9/6/2008 | $8.8 |

See SEC filings for reported quarterly numbers and covenant calculations.

**SUPERVALU.** PAGE 22

MJJ 008263

## Continued Debt Reduction

| $'s in millions | 2/24/2007 | 2/23/2008 | 9/6/2008 |
|---|---|---|---|
| Total Debt | $9,478 | $8,833 | $8,799 |
| Debt/Capital | 64% | 60% | 59% |

- Steady debt reduction from strong cash flow ahead of schedule
- Debt reduction in fiscal 2008 was $645 million
- Goal: $400 million reduction annually

## Debt Reduction is On Track

SUPERVALU.

PAGE 23

**MJJ 008264**

## Summary

- Pleased with progress and execution of initiatives
- Capital is being deployed across our diverse portfolio to improve shopping experience
- Leveraging national strength to better serve local communities
- Creating brands for today and the future
- Strong cash flows provide financial stability and flexibility
- Ample liquidity to meet foreseeable needs

**A compelling value**

> *SUPERVALU.*

PAGE 24

**MJJ 008265**



MJJ 008266