# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JORDAN, | ) |
|             Plaintiff, | ) Civil Action No. 10-340 |
| v. | ) Judge Gary Feinerman |
| JEWEL FOOD STORES, INC., and | ) Magistrate Judge Michael T. Mason |
| SUPERVALU INC. | ) |
|             Third-Party Plaintiffs/Defendants, | ) |
| v. | ) |
| TIME INC. and VERTIS, INC. | ) |
|             Third-Party Defendants | ) |

## JEWEL FOOD STORES, INC.'S RESPONSES TO MICHAEL JORDAN'S SECOND REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:**

Admit that Dominick's is a competitor of Jewel-Osco in the Chicago area in the field of retail grocery store services.

**RESPONSE:**

Jewel admits in part and denies in part. Jewel denies that Dominick's and Jewel-Osco are competitors in Chicago for all retail grocery store services. Jewel admits that there are certain grocery store services with which it competes with Dominick's.

Date: December 21, 2010          s/Anthony R. Zeuli
                                                            Anthony R. Zeuli (IL #6231415, MN #274884)

Scott W. Johnston (MN #247558)
Gregory C. Golla (MN #267892)
MERCHANT & GOULD, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.332.5300
Fax: 612.332.9081

David E. Morrison
Oscar L. Alcantara
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

*Attorneys for Jewel Food Stores, Inc. and SUPERVALU INC.*