# EXHIBIT J



EXHIBIT
Plaintiff 9
on 10/6/10

TIME 00306



*Everyday celebrations* are just around the corner.™



The store that knows Philadelphia best
**SUPPORTS & CONGRATULATES** our hometown team!

TIME 00307