# EXHIBIT M



EXHIBIT Plaintiff 16 10/6/10

TIME 00308

