# EXHIBIT P



JFS 000003