# EXHIBIT R

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

Serial Number: 77498805
Filing Date: 06/13/2008

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77498805 |
| **MARK INFORMATION** | |
| *MARK | GOOD THINGS ARE JUST AROUND THE CORNER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | GOOD THINGS ARE JUST AROUND THE CORNER |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | SUPERVALU INC. |
| *STREET | 11840 Valley View Road |
| *CITY | Eden Prairie |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 55344 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Delaware |

MJJ 008228

| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Retail grocery store services |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | Scott W. Johnston |
| ATTORNEY DOCKET NUMBER | 8442.416US01 |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | P.O. Box 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402-0910 |
| PHONE | (612) 332-5300 |
| FAX | (612) 332-9081 |
| OTHER APPOINTED ATTORNEY | Andrew S. Ehard, Gregory C. Golla, Christopher J. Schulte, Danielle I. Mattessich, Scott M. Oslick, and all other attorneys of the firm |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Scott W. Johnston |
| FIRM NAME | Merchant & Gould P.C. |
| STREET | P.O. Box 2910 |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402-0910 |
| PHONE | (612) 332-5300 |
| FAX | (612) 332-9081 |
| **FEE INFORMATION** | |

MJJ 008229

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Jennifer Otto/ |
| SIGNATORY'S NAME | Jennifer Otto |
| SIGNATORY'S POSITION | Manager of Intellectual Property |
| DATE SIGNED | 06/13/2008 |

PTO Form 1478 (Rev 9/2008)
OMB No. 0651-0009 (Exp 12/31/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77498805**
**Filing Date: 06/13/2008**

## To the Commissioner for Trademarks:

**MARK:** GOOD THINGS ARE JUST AROUND THE CORNER (Standard Characters, see mark)
The literal element of the mark consists of GOOD THINGS ARE JUST AROUND THE CORNER.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, SUPERVALU INC., a corporation of Delaware, having an address of
    11840 Valley View Road
    Eden Prairie, Minnesota 55344
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

    International Class 035: Retail grocery store services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

MJJ 008230

The applicant hereby appoints Scott W. Johnston and Andrew S. Ehard, Gregory C. Golla, Christopher J. Schulte, Danielle I. Mattessich, Scott M. Oslick, and all other attorneys of the firm of Merchant & Gould P.C.
   P.O. Box 2910
   Minneapolis, Minnesota 55402-0910
   United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 8442.416US01.
Correspondence Information: Scott W. Johnston
                        P.O. Box 2910
                        Minneapolis, Minnesota 55402-0910
                        (612) 332-5300(phone)
                        (612) 332-9081(fax)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Jennifer Otto/   Date Signed: 06/13/2008
Signatory's Name: Jennifer Otto
Signatory's Position: Manager of Intellectual Property


RAM Sale Number: 2130
RAM Accounting Date: 06/16/2008

Serial Number: 77498805
Internet Transmission Date: Fri Jun 13 16:58:30 EDT 2008
TEAS Stamp: USPTO/BAS-64.247.209.173-200806131658303
82862-77498805-40096e64fd2315838da63b44e

MJJ 008231

da4d196ab-CC-2130-20080612165407894972

MJJ 008232

# GOOD THINGS ARE JUST AROUND THE CORNER

MJJ 008233