# EXHIBIT S

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,573,874
Registered Feb. 10, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

**GOOD THINGS ARE JUST AROUND THE CORNER**

SUPERVALU INC. (DELAWARE CORPORATION)
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55344

FOR: RETAIL GROCERY STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-15-2008; IN COMMERCE 9-15-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-498,805, FILED 6-13-2008.

TOBY BULLOFF, EXAMINING ATTORNEY

MJJ 008234