# EXHIBIT T

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77498805 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 117 |
| **NOTICE OF ALLOWANCE** | YES |
| **EXTENSION OF USE** | NO |
| **REQUEST TO DIVIDE** | NO |
| **MARK SECTION** | |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | GOOD THINGS ARE JUST AROUND THE CORNER |
| **OWNER SECTION (current)** | |
| **NAME** | SUPERVALU INC. |
| **STREET** | 11840 Valley View Road |
| **CITY** | Eden Prairie |
| **STATE** | Minnesota |
| **ZIP/POSTAL CODE** | 55344 |
| **COUNTRY** | United States |
| **OWNER SECTION (proposed)** | |
| **NAME** | SUPERVALU INC. |
| **STREET** | 11840 Valley View Road |
| **CITY** | Eden Prairie |
| **STATE** | Minnesota |

MJJ 008235

| | |
|---|---|
| **ZIP/POSTAL CODE** | 55344 |
| **COUNTRY** | United States |
| **EMAIL** | IPLegalTeam@Supervalu.com |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 035 |
| **CURRENT IDENTIFICATION** | Retail grocery store services |
| **GOODS AND/OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 09/15/2008 |
| **FIRST USE IN COMMERCE DATE** | 09/15/2008 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT5\IMAGEOUT5\774\988\77498805\xml1\SO U0002.JPG |
| **SPECIMEN DESCRIPTION** | SUPERVALU's website home page |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES** | 1 |
| **SUBTOTAL AMOUNT** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /Jennifer Otto/ |
| **SIGNATORY'S NAME** | Jennifer Otto |
| **SIGNATORY'S POSITION** | Manager of Intellectual Property |
| **DATE SIGNED** | 12/15/2008 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Mon Dec 15 16:09:28 EST 2008 |
| **TEAS STAMP** | USPTO/SOU-169.155.33.1-20081215160928949286-77498805-400dd635abad1a262ece379a58f5b20514a-CC-1476-20081215160354665305 |

MJJ 008236

PTO Form 1553 (Rev 9/2005)
OMB No. 0651-0054 (Exp. 09/30/2011)

# Trademark/Service Mark Statement of Use
## (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:

MARK: GOOD THINGS ARE JUST AROUND THE CORNER
SERIAL NUMBER: 77498805

This Allegation of Use is being filed after a Notice of Allowance has issued.

The applicant, SUPERVALU INC., having an address of 11840 Valley View Road, Eden Prairie, Minnesota United States 55344, is using or is using through a related company or licensee the mark in commerce on or in connection with the goods and/or services as follows:

For International Class 035:
Current identification: Retail grocery store services

The applicant, or the applicant's related company or licensee, is using the mark in commerce on or in connection with all goods and/or services listed in the application or Notice of Allowance or as subsequently modified.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 09/15/2008, and first used in commerce at least as early as 09/15/2008, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) SUPERVALU's website home page.
Specimen File1

A fee payment in the amount of $100 will be submitted with the form, representing payment for 1 class.

### Declaration

Applicant requests registration of the above-identified trademark/service mark in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq., as amended). Applicant is the owner of the mark sought to be registered, and is using the mark in commerce on or in connection with the goods/services identified above, as evidenced by the attached specimen(s) showing the mark as used in commerce.

The undersigned being hereby warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of this document, declares that he/she is properly authorized to execute this

MJJ 008237

document on behalf of the Owner; and all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

Signature: /Jennifer Otto/    Date Signed: 12/15/2008
Signatory's Name: Jennifer Otto
Signatory's Position: Manager of Intellectual Property

RAM Sale Number: 1476
RAM Accounting Date: 12/16/2008

Serial Number: 77498805
Internet Transmission Date: Mon Dec 15 16:09:28 EST 2008
TEAS Stamp: USPTO/SOU-169.155.33.1-200812151609289 49
286-77498805-400dd635abad1a262ece379a58f
5b20514a-CC-1476-20081215160354665305

MJJ 008238



MJJ 008239

# FEE RECORD SHEET

**Serial Number:** 77498805

**RAM Sale Number:** 1476

**RAM Accounting Date:** 20081216

**Total Fees:** $100

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20081215 | $100 | 1 | $100 |

**Transaction Date:** 20081215



MJJ 008240