# EXHIBIT U

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,128,535

Registered Jan. 13, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

### JEWEL-OSCO

AMERICAN STORES COMPANY (DELAWARE CORPORATION)
709 EAST SOUTH TEMPLE
SALT LAKE CITY, UT 84102

FOR: RETAIL SUPERMARKET AND DRUG STORE SERVICES FEATURING FOOD, DRUGS, HOUSEHOLD GOODS, AUTOMOTIVE GOODS, AND LIKE GENERAL MERCHANDISE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-1962; IN COMMERCE 11-1-1962.

OWNER OF U.S. REG. NOS. 1,003,862 AND 1,219,505.

SER. NO. 75-185,077, FILED 10-21-1996.

DAVID NICHOLSON, EXAMINING ATTORNEY

MJJ 008241