# EXHIBIT W

| UPC | DESCRIPTION | DIV | STORE_# | STATE_CD | ZIP |
|---|---|---|---|---|---|
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 12 | IL | 60660 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 77 | IL | 60061 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1008 | IL | 60453 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1009 | IL | 60053 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1032 | IL | 60068 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1044 | IL | 60558 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1051 | IL | 60463 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1052 | IL | 60062 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1056 | IL | 60525 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1067 | IL | 60181 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1080 | IL | 60004 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1086 | IL | 60618 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1100 | IL | 60608 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1101 | IL | 60016 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1102 | IL | 60655 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1112 | IL | 60089 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1113 | IL | 60646 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1121 | IL | 60514 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1122 | IL | 60194 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1124 | IL | 60302 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1130 | IL | 60649 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1136 | IL | 60089 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1137 | IL | 60201 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1140 | IL | 60060 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1141 | IL | 60540 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1144 | IL | 60067 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1147 | IL | 60607 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1149 | IL | 60188 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1150 | IL | 60156 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1151 | IL | 60031 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1154 | IL | 60423 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1162 | IL | 60173 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1691 | IL | 60446 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1692 | IL | 60014 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1693 | IL | 60564 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1695 | IL | 60614 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1696 | IL | 60435 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1697 | IL | 60103 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1698 | IL | 60626 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1700 | IL | 60202 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1703 | IL | 60611 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1719 | IL | 60035 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1720 | IL | 60021 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1727 | IL | 60171 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1730 | IL | 60712 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1745 | IL | 60044 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1768 | IL | 60126 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1790 | IL | 60110 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1875 | IL | 60607 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1894 | IL | 60431 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1957 | IL | 60543 |



EXHIBIT Plaintiff 29 10/29/10

DOMINICK'S 000164

| | | | | | |
|---|---|---|---|---|---|
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1958 | IL | 60020 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1964 | IL | 60089 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 1995 | IL | 60106 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2084 | IL | 60462 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2126 | IL | 60187 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2129 | IL | 60047 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2132 | IL | 60443 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2145 | IL | 60137 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2153 | IL | 60610 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2304 | IL | 60614 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2775 | IL | 60622 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 2984 | IL | 60645 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3002 | IL | 60305 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3062 | IL | 60093 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3081 | IL | 60056 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3109 | IL | 60015 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3115 | IL | 60540 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3139 | IL | 60108 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3142 | IL | 60491 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3143 | IL | 60067 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3146 | IL | 60134 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3157 | IL | 60517 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3158 | IL | 60515 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 3159 | IL | 60007 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 4104 | IL | 60174 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 4107 | IL | 60154 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 4135 | IL | 60193 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 10 | 4161 | IL | 60504 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 502 | WA | 98908 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 584 | WA | 98948 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1235 | WA | 98902 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1242 | WA | 99203 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1449 | WA | 98801 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1470 | ID | 83814 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1486 | MT | 59601 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1494 | WA | 99205 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 1589 | WA | 98826 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 2639 | WA | 99163 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 3252 | WA | $98,837 |
| 7244010254 | SI PRESENTS-BASEBALL COMM MAGAZINE | 27 | 3521 | WA | 98802 |

DOMINICK'S 000165