# EXHIBIT Y

## Sibyl Darter

**From:** Monica McCombs
**Sent:** Tuesday, September 15, 2009 1:41 PM
**To:** Sibyl Darter; Robert Nardini; Jeff Norkiewicz
**Cc:** Olga Manirko
**Subject:** RE: Sports Illustrated Michael Jordan Commemorative

Could we tie Promise into this somehow??? Jeff, I am good with this if you are. We can discuss on our call today ☺



---

**From:** Sibyl Darter
**Sent:** Tuesday, September 15, 2009 1:03 PM
**To:** Robert Nardini; Jeff Norkiewicz; Monica McCombs
**Cc:** Olga Manirko
**Subject:** FW: Sports Illustrated Michael Jordan Commemorative
**Importance:** High

Hello,
We have an opportunity to run an ad in a Sports Illustrated Michael Jordan commemorative issue that will be sold in the Chicago Market. See below for details. I need to respond to them by Friday, Sept 18th.
There is no cost for us – but it does involve making space for a floor display of the magazines and giving information to the timeinc group as to sales. We did this in Vons when the Lakers won the NBA championship last June. I've attached a couple examples of the kind of ads we've run in other divisions for this type of promotion.
Let me know what you think - Sibyl

---

**From:** damian_botteselle@timeinc.com [mailto:damian_botteselle@timeinc.com]
**Sent:** Tuesday, September 15, 2009 9:40 AM
**To:** Clive Fernandes
**Cc:** Judy Russell; thomas_holahan@timeinc.com
**Subject:** RE: Sports Illustrated Michael Jordan Commemorative

Clive,

I am very pleased to be able to offer Safeway a full page color ad (value $10,000) in the up-coming Sports Illustrated Michael Jordon Commemorative Issue. The ad would need to be submitted by **EOD Monday, Oct 5th**. Details and requirements are listed below. Note that the majority of copies will be distributed in the Dominicks market. Please let me know if you want to take advantage of this opportunity by this **Friday, Sept. 18** if possible.

Return We Seek:

- Commitment to premium placement in stores for our large SI floor displays - WE ALREADY HAVE THIS
- Request access to store level POS data for at least the first few weeks of on-sale (this will not only give us a good indication of how the product is selling in the market, but it will also help us respond quickly to any replenishment needs stores may have in order to avoid missing any sales opportunities)
- Written commitment (a bulletin that is sent to stores, an email blast, etc.) that we may take with us on our store visits (this helps us relay our relationship and agreement to the store level manager) - WE ALREADY HAVE THIS



DOMINICK'S 000133

pecs for Ad:

- Ad would be a full page, full color
- Ad is free of charge, however, in return we seek the above commitments
- Retailer designs the ad and often creates it with some play on words or design that is specific to Michael Jordan
- Specs for the ad are located on this site: http://direct2.time.com (follow the Sports Illustrated logos)
- Above specs doc will instruct them to submit the file via uploading it to the Ad Portal. Here is the site where they can get set up with the Ad Portal: https://direct2time.sendmyad.com/index.php
- Ad Productions contact, should they have any actual design or submission problems is: Jaclyn Manning at 212-522-4586 or Jaclyn_Manning@timeinc.com
- If you have any general questions, please forward them directly to me

In the meantime, do not hesitate to call if you have any questions. Thank you.

**Damian Botteselle**
Time/Warner Retail Sales & Marketing | Director of Sales
Tel. 604-980-5215 | Cel. 604-618-0040 | Fax. 604-980-5240
=4-980-5215 | Cel. 604-618-0040 | Fax. 604-980-5240

DOMINICK'S 000134