**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Michael Jordan
                              Plaintiff,

v.                                              Case No.: 1:10–cv–00340
                                                Honorable Gary Feinerman

Jewel Food Stores, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 22, 2012:

    MINUTE entry before Honorable Gary Feinerman:Status hearing held. Motion hearing held. For the reasons stated in open court, Plaintiff's motion for reconsideration [203] is denied. For the reasons set forth at length in open court, summary judgment is granted to Defendants Jewel Food Stores, Inc., and Supervalu Inc. and against Plaintiff Michael Jordan. Enter judgment order. Civil case closed.Mailed notice.(jlj)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.