IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:10-cv-00340 |
| | ) | |
| v. | ) | Judge Gary Feinerman |
| | ) | |
| JEWEL FOOD STORES, INC., and | ) | Magistrate Judge Michael T. Mason |
| SUPERVALU INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF BANKRUPTCY

Vertis, Inc. hereby provides notice that on October 10, 2012, it and various affiliated companies filed Chapter 11 bankruptcy proceedings in the U.S. Bankruptcy Court for the District of Delaware. The names and case numbers for these companies are as follows: 5 Digit Plus, LLC (12-12827); ACG Holdings, Inc. (12-12828); American Color Graphics, Inc. (12-12826); Mail Efficiency, LLC (12-12824); Vertis Holdings, Inc. (12-12821); Vertis, Inc. (12-12823); Vertis Newark, LLC (12-12825); and Webcraft, LLC (12-12822). Additional information regarding these companies may be obtained by consulting CM/ECF filings in the U.S. Bankruptcy Court for the District of Delaware. Pursuant to 11 U.S.C. § 362, the automatic stay is in effect.

1

Dated: March 17, 2014

/s/ Patrick D. Kuehl, Jr.
William E. Corum, admitted *pro hac vice*
Patrick D. Kuehl, Jr., admitted *pro hac vice*
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
Fax: (816) 983-8080
william.corum@huschblackwell.com
patrick.kuehl@huschblackwell.com

Sherry L. Rollo
HUSCH BLACKWELL LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Tel: (312) 655-1500
sherry.rollo@huschblackwell.com

ATTORNEYS FOR THIRD-PARTY
DEFENDANT VERTIS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2014, a copy of the foregoing was filed electronically, with notice of case activity to be generated and sent to all counsel of record via the Court's CM/ECF system.

/s/ Patrick D. Kuehl, Jr.
Attorney for Third-Party Defendant Vertis, Inc.

## **EXHIBIT A**

| Debtor | S.D.N.Y. Bankruptcy Case No. |
|---|---|
| Vertis Holdings, Inc. | 10-16170-11-alg |
| Vertis, Inc. | 10-16171-11-alg |
| ACG Holdings, Inc. | 10-16172-11-alg |
| Webcraft, LLC[1] | 10-16173-11-alg |
| American Color Graphics, Inc. | 10-16169-11-alg |
| Webcraft Chemicals, LLC | 10-16174-11-alg |

---

[1] USA Direct, LLC and Vertis Mailing LLC merged with and into Webcraft, LLC effective on December 31, 2009.

4