**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL JORDAN and JUMP 23, INC., | ) | |
| | ) | |
| | ) | Case No.: 10-cv-00340 |
| Plaintiffs, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | Magistrate Judge Michael Mason |
| JEWEL FOOD STORES, INC. and SUPERVALU INC., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

**WHEREAS,** Plaintiffs Michael Jordan and Jump 23, Inc. ("Plaintiffs") and Defendants Jewel Food Stores, Inc. and SUPERVALU Inc. ("Defendants," and together with Plaintiffs, the "Parties") have entered into a confidential settlement of this matter.

**IT IS HEREBY STIPULATED**, by and between the Parties, through their respective counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss **WITH PREJUDICE** all of their claims against Defendants asserted in this action. The Parties further stipulate that the Parties shall bear their own attorneys' fees, expenses and costs.

**IT IS SO STIPULATED.**

Dated: December 4, 2015

/s/ Frederick J. Sperling
Frederick J. Sperling
Sondra A. Hemeryck

SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
(312) 258-5500

Attorneys for Plaintiffs

Dated: December 4, 2015

/s/ Anthony R. Zeuli
Anthony Richard Zeuli
Eric Ronald Chad

MERCHANT & GOULD P.C.
3200 IDS Center
80 South Elgin Street, S-3200
Minneapolis, MN 55402

GOLDBERG KOHN LTD.
David E. Morrison
Oscar L. Alcantara
Mid-Continental Plaza
55 East Monroe Street #3300
Chicago, IL 60603

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2015, I caused to be electronically filed the foregoing document using the CM/ECF system, which will cause an electronic copy to be served on counsel of record.

s/ Clay A. Tillack